UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80610-CIV-HURLEY
CASE NO. 98-8105-CR-HURLEY

BYRON KEITH THOMAS,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORTS AND RECOMMENDATIONS AND DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

**THIS CAUSE** is before the court upon the petitioner's third motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 in the above action, which matter was previously referred to Magistrate Judge Patrick White for proposed findings and a recommended disposition.

On March 13, 2017, Magistrate Judge White filed his Report & Recommendation recommending that the previously entered stay of proceedings be lifted, and that petitioner's motion to vacate set aside and correct sentence filed April 15, 2016 be dismissed as an unauthorized successive motion [DE 16]. No objections have since been filed to the Report.

Upon careful review of the Magistrate Judge's Report and Recommendation, it is

**ORDERED** and **ADJUDGED**:

1. The stay of proceedings previously entered [DE 12] is **VACATED** and this case is **RE-OPENED.**

2. The Magistrate Judge's March 13, 2017 Report and Recommendation [DE 16], to which no objection has been lodged, is **APPROVED AND ADOPTED** in full, and the movant's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 in that proceeding [DE 1] is **DISMISSED** for lack of jurisdiction as a successive petition filed without authorization from the Eleventh Circuit Court of Appeals.

3. Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2) is **DENIED**.

5. The Clerk of Court is directed to enter this case as **CLOSED** and terminate all pending motions **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 30 day of March, 2017.

Daniel T. K. Hurley
United States District Judge

cc: all parties